FILED
2026 Jun-22 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

CHELSEA MOORE,

*Plaintiff*,

v.

HIWINGO LTD.,

*Defendant*.

CIVIL ACTION NO. 3:26-cv-01063-HNJ

**DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hiwingo Ltd. in the above-captioned action certifies as follows:

1. The general nature and purpose of Hiwingo Ltd. is to operate interactive entertainment platforms.

2. There are no parents, subsidiaries and/or affiliates of Hiwingo Ltd. that have issued shares or debt securities to the public;

3. No publicly held corporation owns 10% or more of Hiwingo Ltd.; and

4. Hiwingo Ltd. is a United Kingdom limited company with its principal place of business in the United Kingdom, and is therefore a citizen of the United Kingdom for the purposes of 28 U.S.C. § 1332.

Dated: June 22, 2026

*/s/ Gerald P. Gillespy*
Gerald P. Gillespy (GILLG3726)
Forrest S. Latta (LATTF0526)

**BURR & FORMAN LLP**

420 North 20th Street
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
Email: ggillespy@burr.com

11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: (251) 344-5151
Fax: (251) 344-9696
Email: flatta@burr.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in the Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 22nd day of June 2026.

Jeffrey L. Bowling
John A. McReynolds, IV
Evan M. Hargett
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256-332-2880
Jeff@rbmattorneys.com
John@rbmattorneys.com
Evan@rbmattorneys.com

John E. Norris
D. Frank Davis
Welsey W. Barnett
Dargan M. Ware
DAVIS & NORRIS LLP
Telephone: 205-930-9900
Facsimile: 205-930-9989
jnorris@davisnorris.com
fdavis@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*/s/ Gerald P. Gillespy*
*Counsel for Defendant*